**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**(SS) R.**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| (SS) R., | No.   2:17-CV-00187-CKD |
| Plaintiff, | |
| | STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to August 25, 2017.

This is a first extension but after the due-date under the scheduling order. The extension is caused by plaintiff's counsel's work-schedule including federal court briefs.

1

Dated: August 3, 2017 /s/ *Jesse S. Kaplan*
JESSE S. KAPLAN
Attorney for Plaintiff


PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated: August 3, 2017 */s/ per e-mail authorization*

TINA NAICKER
Special Assistant U.S. Attorney
Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to August 25, 2017.

SO ORDERED.


Dated: August 7, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE