**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**(SS) R.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| (SS) R., | No.   2:17-CV-00187-CKD |
| Plaintiff, | STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended from August 25, 2017, to August 28, 2017

This second extension of one business day is caused by plaintiff's counsel's work schedule, where this would be his third federal court brief in one week, along with four hearings, and many other tasks.

[Pleading Title] - 1

Dated:   August 24, 2017                           /s/     *Jesse S. Kaplan*
                                                  JESSE S. KAPLAN
                                                  Attorney for Plaintiff


                                                  PHILLIP A. TALBERT
                                                  United States Attorney
                                                  DEBORAH LEE STACHEL
                                                  Regional Counsel, Region IX
                                                  Social Security Administration

Dated:  August 24, 2017                             */s/ per e-mail authorization*

                                                  TINA NAICKER
                                                  Special Assistant U.S. Attorney
                                                  Attorney for Defendant


## **ORDER**

   For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to August 28, 2017.

   SO ORDERED.


Dated:  August 28, 2017

                                                  _____
                                                  CAROLYN K. DELANEY
                                                  UNITED STATES MAGISTRATE JUDGE