PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| VERA RADOVA on behalf of ROMAN RADOVA<br><br>Plaintiff,<br><br>vs.<br>NANCY A. BERRYHILL<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:17-cv-00187-CKD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JDUGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from October 27, 2017 to **November 27, 2017**. This is Defendant's second request for extension. Good cause exists to grant Defendant's request for extension. Additional time is required as counsel for Defendant sprained her right thumb. As a result, Counsel has been on unexpected medical leave. In addition, Counsel for Defendant has over 50+ active pending matters, of which require 2+ dispositive motions until end of December. As a result of Counsel's medical leave, she is behind on her heavy caseload. In addition, Counsel for Plaintiff recently filed a supplemental document on October 22, 2017, which necessitates further review by Counsel and

JS and PO for Extension of Time; 2:17-cv-00187-CKD

the agency.  Defendant needs additional time to assess Plaintiff's argumenta and properly respond to Plaintiff's Motion for Summary Judgment or consider settlement options based on Counsel's new authority provided on October 22, 2017.  Counsel for Defendant apologizes for the belated nature of this request, but did not anticipate seeking an extension due to her recent hand sprain and medical leave.  Defendant makes this request in good faith with no intention to unduly delay the proceedings.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                Respectfully submitted,

Dated: October 23, 2017       *s/ \*Jesse Kaplan*
                (\*as authorized by email on October 23, 2017)
                JESSE KAPLAN
                Attorney for Plaintiff

Dated:  October 23, 2017      PHILLIP A. TALBERT
                United States Attorney
                DEBORAH LEE STACHEL
                Regional Chief Counsel, Region IX
                Social Security Administration

         By    */s/ Tina L. Naicker*
                TINA L. NAICKER
                Special Assistant U.S. Attorney
                Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

Dated:  October 24, 2017

                CAROLYN K. DELANEY
                UNITED STATES MAGISTRATE JUDGE

JS and PO for Extension of Time; 2:17-cv-00187-CKD