PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| VERA RADOVA on behalf of ROMAN RADOVA<br><br>Plaintiff,<br><br>vs.<br>NANCY A. BERRYHILL<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:17-cv-00187-CKD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from November 27, 2017 to **December 11, 2017**. This is Defendant's third request for extension. Good cause exists to grant Defendant's request for extension. Additional time is required as counsel for Defendant was on intermittent sick leave from her chronic migraines, which impairs her vision. In addition, good cause also exists as Counsel for Defendant is expected to be on leave for the Thanksgiving holiday. Counsel for Defendant has over 70+ active pending matters, of which require 2+ dispositive motions until January 2018. As a result of Counsel's unanticipated medical leave, she became behind on her heavy caseload. As such, Defendant

JS and PO for Extension of Time; 2:17-cv-00187-CKD

1

needs additional time to assess Plaintiff's arguments and properly respond to Plaintiff's Motion for Summary Judgment.  Counsel for Defendant apologizes for the belated nature of this request, but did not anticipate seeking an extension due to her chronic migraines.  Defendant makes this request in good faith with no intention to unduly delay the proceedings.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: November 21, 2017   *s/ \*Jesse Kaplan*
(\*as authorized by email on November 21, 2017)
JESSE KAPLAN
Attorney for Plaintiff

Dated: November 21, 2017   PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By   /s/  Tina L. Naicker
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

## **ORDER**

Plaintiff's complaint was filed on January 27, 2017.  (ECF No. 1.)  The answer and administrative transcript were filed on May 24, 2017.  (ECF Nos. 10, 11.)  Subsequently, plaintiff and the commissioner have each been granted two extensions of time to file their respective motions.  (ECF Nos. 14, 16, 19, 24.)  The court grants this current stipulated extension—the fifth in this matter.  However, parties are advised that no additional extensions will be granted, absent exceptional circumstances.

APPROVED AND SO ORDERED:

Dated: November 27, 2017

CAROLYN K. DELANEY
JS and PO for Extension of Time; 2:17-cv-00187-CKD   UNITED STATES MAGISTRATE JUDGE