UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| VERA RADOVA on behalf of ROMAN RADOVA<br><br>　　　　Plaintiff,<br><br>　　vs.<br>NANCY A. BERRYHILL<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:17-cv-00187-CKD<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G) AND ENTRY OF JUDGMENT |

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and for Entry of Judgment ("Stipulation"), and for good cause shown, the above-captioned action is to be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation.

**IT IS SO ORDERED.**

Dated: December 12, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE