# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| VERA RADOVA on behalf of ROMAN RADOVA,<br><br>Plaintiff,<br><br>vs.<br>NANCY A. BERRYHILL<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:17-cv-00187-CKD<br><br>[~~PROPOSED~~]ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

## [~~PROPOSED~~] ORDER

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $3,000.00 as authorized by 28 U.S.C. §§ 2412, 1920, be awarded subject to the terms of the Stipulation.

**IT IS SO ORDERED.**

Dated: April 3, 2018

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE